D. Conn.
19-cv-1966
Dooley, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand twenty-three.

Present:
    Debra Ann Livingston,
        *Chief Judge*,
    Amalya L. Kearse,
    Reena Raggi,
        *Circuit Judges*.

---

Saifullah Khan,
        *Plaintiff-Appellant*,

v.                       Docket No. 21-95-cv

Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Unknown Persons,
        *Defendants*,

Jane Doe,
        *Defendant-Appellee.*

---

The Connecticut Supreme Court having responded to questions certified to it by this court in the above-captioned case, *see Khan v. Yale University*, SC 20705, slip op. (Conn. June 27, 2023); *Khan v. Yale University*, 27 F.4th 805 (2d Cir. 2022), the parties are hereby directed to file on or before July 18, 2023, supplemental letter briefs of no more than ten double-spaced pages stating their views as to how this appeal should be decided in light of the Connecticut Supreme Court's application of relevant Connecticut law.

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk of Court

