# ATKINSON LAW, LLC
**122 L**ITCHFIELD **R**D**., S**TE**. 2**
**P.O. B**OX **340**
**H**ARWINTON**, CT 06791**
**T**ELEPHONE  **203-677-0782**

**C**AMERON **L. A**TKINSON**, E**SQ**. ([catkinson@atkinsonlawfirm.com](catkinson@atkinsonlawfirm.com))**

July 25, 2023

Mrs. Catherine O'Hagan-Wolfe
Clerk – United States Court of Appeals For The Second Circuit
40 Foley Square,
New York, NY 10007

*Via CM/ECF Only*

**RE:**    *Khan v. Yale University, et al.*, **No. 21-95 – Request To Withdraw Appearance**

Greetings Mrs. O'Hagan-Wolfe

Per your office's instructions, I write to request the withdrawal of my appearance on behalf of the Appellant, Saifullah Khan, in the above-captioned matter.

Mr. Khan has always been represented by the firm of Pattis and Smith, LLC in this matter, and Attorney Norm Pattis has an appearance on his behalf in this matter. I am no longer employed by Pattis and Smith, LLC.

I have contacted all counsel of record in this matter for their position on my request, and they have no objection to it. Mr. Khan himself reminded me to withdraw my appearance once the case returned from the Connecticut Supreme Court. Thus, he has also been apprised of this request.

For these reasons, I respectfully request that my appearance on behalf of Mr. Khan be terminated. Thank you!

Regards,

*Cameron L. Atkinson*
Cameron L. Atkinson, Esq.

CC: All counsel of record via CM/ECF